JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 299 -- IN RE DOLLAR RENT-A-CAR SYSTEMS, INC. LITIGATION

| Date | No. Code | |
|---|---|---|
| 2/28/77 | 1 | MOTION, BRIEF, Certificate of Service, SCHEDULE OF CASES, EXHIBIT A, B, & C -- HUGHES-GRIGGS CORP. |
| | | SUGGESTED TRANSFEREE DISTRICT: W.D. MISSOURI |
| | | SUGGESTED TRANSFEREE JUDGE: |
| 3/10/77 | | APPEARANCES -- M. Randall Vanet, Esq. for Hughes-Griggs Corp., c. m. Hughes and L. E. Griggs |
| | | THEODORE F. SCHWARTZ, ESQ. for Dollar Rent a Car |
| 3/11/77 | 2 | RESPONSE -- DOLLAR RENT A CAR SYSTEMS w/cert of service |
| 3/28/77 | | HEARING ORDER -- Setting A-1 and A-2 for hearing -- April 22, 1977 Los Angeles, Calif. |
| 4/11/77 | 3 | RESPONSE -- Dollar Rent A Car Systems w/cert. of service |
| 5/17/77 | | ORDER -- Denying transfer of litigation under Section 1407 |

DOCKET NO. 299 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE DOLLAR RENT-A-CAR SYSTEMS, INC. LITIGATION

Summary of Panel Actions

Date(s) of Hearing(s) ______

Consolidation Ordered ______ Consolidation Denied 5/17/77

Opinion and/or Order ______

Citation ______

Transferee District ______ Transferee Judge ______

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Hughes-Griggs Corp. v. Dollar Rent A Car Systems, Inc. | W.D.Mo. Oliver | 77-6003-CV-SJ | | | | |
| A-2 | Dollar Rent A Car Systems, Inc. v. Hughes Griggs Corp., et al. | C.D.Cal | CV77-42-WPG | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 299   --   IN RE DOLLAR RENT-A-CAR SYSTEMS, INC. LITIGATION

HUGHES-GRIGGS CORP.
C. M. HUGHES
L. E. GRIGGS
M. Randall Vanet, Esquire
242 Broadway Building
4722 Broadway
Kansas City, Missouri   64112

DOLLAR RENT-A-CAR SYSTEMS, INC.
Theodore F. Schwartz, Esquire
7701 Forsyth Blvd.
Suite 560
St. Louis, Missouri   63105

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 299 -- IN RE DOLLAR RENT-A CAR SYSTEMS, INC. LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Dollar Rent A Car Systems Inc. | A-1 |
| Hughes-Griggs Corp. | A-2 |
| C. M. Hughes | A-2 |
| L. E. Griggs | A-2 |
| John Doe (Not Served) | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |