DOCKET NO. 299

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
MAY 17 1977
PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE DOLLAR RENT A CAR SYSTEMS, INC. LITIGATION

ORDER DENYING TRANSFER

    At the hearing on this matter, all parties to the actions on the attached Schedule A stipulated that it appeared likely that a motion pursuant to 28 U.S.C. §1404(a) would be dispositive of the multidistrict status of these actions.

    IT IS THEREFORE ORDERED that the motion for an order transferring the California action to the Western District of Missouri pursuant to 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings with the action pending in that district be, and the same hereby is, DENIED without prejudice to the right of any party to move for transfer under Section 1407(c)(ii) at a later date.

FOR THE PANEL:

John Minor Wisdom
Chairman

## SCHEDULE A

| CENTRAL DISTRICT OF CALIFORNIA | Civil Action No. |
|---|---|
| Dollar Rent A Car Systems, Inc. v. Hughes Griggs Corp., et al. | CV-77-42-WPG |

| WESTERN DISTRICT OF MISSOURI | Civil Action No. |
|---|---|
| Hughes Griggs Corp. v. Dollar Rent A Car Systems Inc. | 77-6003-CV-SJ |